MICHAEL JAY GREEN & ASSOCIATES, INC.
MICHAEL JAY GREEN      4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii  96813
Telephone:  (808) 521-3336
Fax:            (808) 566-0347

Attorneys for Defendant
FAUSTO ARAGON, JR.       (06)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Case No. CR 23-00086 JMS |
|---|---|---|
| Plaintiff, | ) ) ) | DEFENDANT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |
| v. | ) ) | |
| FAUSTO ARAGON, JR.,     (06) | ) ) | |
| Defendant. | ) ) | |

## DEFENDANT'S SENTENCING STATEMENT

Defendant FAUSTO ARAGON, JR., by and through his attorney, MICHAEL JAY GREEN, hereby submits the following sentencing statement to the U.S. Probation Department's Presentence Investigation Report, dated June 25, 2024.

Defendant Aragon, Jr. has no objections to the basic facts and Guideline computations contained in the Presentence Investigation Report. Defendant Aragon, Jr. reserves the right to submit a Supplemental Sentencing Statement, and present such witnesses and testimony as may be deemed necessary and relevant at the time of sentencing.

DATED: Honolulu, Hawaii, July 5, 2024.

                                         /s/ Michael Jay Green
                                         MICHAEL JAY GREEN

                                         Attorney for Defendant
                                         FAUSTO ARAGON, JR.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy that the foregoing document will be duly served upon the following party(ies) on July 5, 2024.

|  | **CM/ECF** | **HAND DELIVERY** |
|---|---|---|
| TO: MICHAEL F. ALBANESE<br>Assistant U.S. Attorney<br>6100 PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii   96813 | XX | |
| ALBERT BANH<br>U.S. Probation Office<br>PJKK Federal Building<br>300 Ala Moana Boulevard<br>Honolulu, Hawaii   96813 | | XX |

DATED: Honolulu, Hawaii, July 5, 2024.

/s/ Michael Jay Green
MICHAEL JAY GREEN

Attorney for Defendant
FAUSTO ARAGON, JR.