# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:23-cr-00086-JMS-03 |
| CASE NAME: | United States of America v. (03) Lavern Joseph |
| ATTY FOR PLA: | *Michael F. Albanese |
| ATTY FOR DEFT: | *(03) Richard H.S. Sing |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 01/10/2025 | TIME: | 3:00 pm - 3:40 pm |

COURT ACTION: EP:   CHANGE OF PLEA

Defendant (03) Lavern Joseph, not in custody, present.

Discussion held.

Defendant sworn and questioned by the Court.

Memorandum of Plea Agreement signatures verified and filed.

Government summarized the essential terms of the plea agreement, essential elements of the offense, and an overview of the evidence it would have presented at trial.

Plea of GUILTY entered as to Count 1 of the Indictment by Defendant (03) Lavern Joseph.

Court accepts the guilty plea, and Defendant is adjudged guilty.

Defendant referred for presentence investigation and report, and SENTENCING is set for May 5, 2025 at 1:30 p.m. before the Honorable J. Michael Seabright.  Parties should consult the court's digital calendar on the hearing date for the courtroom assignment.

All pending dates and deadlines are VACATED as to Defendant (03) Lavern Joseph.

Discussion held regarding bail.  Mr. Sing's oral motion to allow the Defendant to remain on bail pending sentencing - Without objection, GRANTED.

Defendant (03) Lavern Joseph to remain on previously imposed conditions of release.

Submitted by: Renee L.F. Honda, Courtroom Manager